FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 NOV 12 AM 10: 07

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DOROTHY M. ALGIE and THOMAS )
ALGIE, )
 )
 Plaintiffs, )
 )
v. ) CASE NO. CV413-113
 )
TELEFLEX, INC.; TELEFLEX )
MEDICAL, INC.; and ARROW )
INTERNATIONAL, INC.; )
 )
 Defendants. )
_____)

O R D E R

Before the Court is the parties' Stipulation of Dismissal With Prejudice. (Doc.31.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiffs' claims against Defendants are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 11th day of November 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA